**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00356-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RICHARD CARLOS DYDELL,

    Defendant.

---

**MINUTE ORDER**[1]

---

At the oral request of the parties, the change of plea hearing previously set for January 14, 2010, is **VACATED** and **RESET** to **January 21, 2010**, at 9:00 a.m.

Dated: November 3, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.