**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00356-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. RICHARD CARLOS DYDELL,

     Defendant.

## MINUTE ORDER[1]

On April 12, 2010, counsel appeared in chambers to reset the sentencing hearing in this matter. After conferring with counsel, and with their consent,

**IT IS ORDERED** that on **July 30, 2010** commencing at 1:30 p.m., the court shall conduct the sentencing hearing in this matter.

Dated: April 12, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.